IN THE DISTRICT COURT IN AND FOR MUSKOGEE COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| SHELLI M. HOPKINS, an individual, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) **Case No. CJ-2016-61** ) |
| BACONE COLLEGE, an Oklahoma Not-for-profit institution, | ) ) ) ) |
| THE BOARD OF TRUSTEES OF BACONE COLLEGE, | ) ) ) |
| FRANK WILLIS, an individual, | ) ) |
| Defendants. | ) |

### ORIGINAL SUMMONS

To the above-named defendant:     **BACONE COLLEGE**
**an Oklahoma Not-for-Profit Institution**
**c/o R. Casey Cooper, Registered Service Agent**
**320 S. Boston, Suite 200**
**Tulsa, OK 74103**

You have been sued by the above-named Plaintiff(s), and you are directed to file a written answer to the attached petition in the court at the above address within **twenty (20) days** after service of this summons upon you exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff(s).  Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this ___8th___ day of ___April___, 2016.

PAULA SEXTON, Court Clerk

By ___Carolyn Crosden___
Deputy Court Clerk

(Seal)

This summons and order was served on _____.
                                                                (date of service)

_____
Signature of person serving summons

*YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMITED STATED IN THIS SUMMONS.*

**Return ORIGINAL for filing.**

EXHIBIT 2