
The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR MUSKOGEE COUNTY, OKLAHOMA

| SHELLI HOPKINS V. BACONE COLLEGE, ET. AL. | No. CJ-2016-00061<br>(Civil relief more than $10,000: SEXUAL HARASSMENT)<br><br>Filed: 02/16/2016<br><br>Judge: THYGESEN, NORMAN |
|---|---|

## PARTIES

BACONE COLLEGE, Defendant
HOPKINS, SHELLI, Plaintiff
THE BOARD OF TRUSTEES OF BACON  E, Defendant
WILLIS, FRANK, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| RICHARDSON, GARY<br>6450 S. LEWIS AVE. SUITE 300<br>TULSA , OK 74136 | |

## EVENTS

None

## ISSUES

1. SEXUAL HARASSMENT

## DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|

EXHIBIT 8

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 02-16-2016 | | FILE & ENTER PETITION <br> Document Available (#CJ-2016-00061~1) TIFF  PDF | | | $ 163.00 |
| | | LAW LIBRARY | | | $ 6.00 |
| | | DISPUTE MEDIATION | | | $ 2.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | | | $ 25.00 |
| | | LENGTHY TRIAL FUND | | | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | | | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | | | $ 0.16 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | | | $ 0.45 |
| | | COURTHOUSE SECURITY FEE | | | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK REVOLVING FUND | | | $ 1.00 |
| 04-08-2016 | | SUMMONS ISSUED TO ATTY FOR SERVICE BY PROCESS SERVER <br> Document Available (#CJ-2016-00061~13) TIFF  PDF | | | $ 5.00 |
| 04-08-2016 | | SUMMONS ISSUED TO ATTY FOR SERVICE BY PROCESS SERVER <br> Document Available (#CJ-2016-00061~14) TIFF  PDF | | | $ 5.00 |
| 04-08-2016 | | SUMMONS ISSUED TO ATTY FOR SERVICE BY PROCESS SERVER <br> Document Available (#CJ-2016-00061~15) TIFF  PDF | | | $ 5.00 |
| 04-22-2016 | | AFFIDAVIT OF SERVICE <br> Document Available (#CJ-2016-00061~16) TIFF  PDF | | | |
| 04-27-2016 | | SUMMONS RETURN <br> Document Available (#CJ-2016-00061~17) TIFF  PDF | | | |
| 04-27-2016 | | SUMMONS RETURN <br> Document Available (#CJ-2016-00061~18) TIFF  PDF | | | |