## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHELLI M. HOPKINS, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-166-SPS |
| | ) | |
| BACONE COLLEGE, an Oklahoma not-for-profit institution, | ) ) | |
| | ) | |
| FRANK WILLIS, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Shelli M. Hopkins, by and through her attorneys of record, Raymond S. Allred and Brian K. Melton, of the law firm Richardson Richardson Boudreaux, hereby stipulates with Defendants, Bacone College, Inc. and Frank Willis, by and through their attorneys of record, Elaine R. Turner and Nathaniel T. Haskins, of the law firm Hall Estill Hardwick Gable Golden & Nelson, P.C., that all of her claims against Defendants, Bacone College, Inc. and Frank Willis, as well as The Board of Trustees of Bacone College, who were previously dismissed from this lawsuit, are hereby *dismissed with prejudice* to the right of re-filing. Except as provided within the terms of the Confidential Settlement Agreement agreed to by the parties, the parties shall bear their own costs and attorney fees.

Respectfully submitted,

**RICHARDSON RICHARDSON BOUDREAUX**

__/s/ Raymond A. Allred_____
Charles L. Richardson, OBA # 13388
Raymond S. Allred, OBA # 11747
Brian K. Melton, OBA 32073
7447 South Lewis Avenue
Tulsa, Oklahoma 74136
(918) 492-7674 *Telephone*
(918) 493-1925 *Fax*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 17, I electronically transmitted the foregoing instrument to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Elaine R. Turner, Esq.
Nathaniel T. Haskins, Esq.

__/s/ Raymond S. Allred_____
For the Firm